#4

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

*Nexos Line* §
§
versus §    CIVIL ACTION H- 93-3088
§
*Wildcat* §

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

FEB 23 1994

ORDER OF DISMISSAL FOR WANT OF PROSECUTION

Michael N. Milby, Clerk

1. The summons has not been served within 120 days of the filing of the complaint.

2. This action is dismissed without prejudice for want of prosecution. Fed. R. Civ. P. 4(j).

Signed on _____Feb 11_____, 1994, at Houston, Texas.

Lynn N. Hughes
United States District Judge

